Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
FLORENCE LIVENGOOD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FLORENCE LIVENGOOD, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | NO. 09-cv-01731-DGC |
| } | |
| LTD FINANCIAL SERVICES LP, } | |
| } | |
| Defendant. } | |

### RULE 41(a)(1)(A)(ii) NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE

FLORENCE LIVENGOOD, Plaintiff, hereby dismisses this action, with prejudice and at Plaintiff's cost, pursuant to Rule 41(a)(1)(A)(ii), FED. R. CIV. P.

Respectfully Submitted,

KROHN & MOSS, LTD.


By:    /s/   Ryan   Lee
       Ryan Lee
       Attorney for Plaintiff